1  YAMIL TORRES
2  1827 Echo Park Avenue
   Los Angeles, CA 90026
3  Telephone: (323) 823-5514
4  Email: lawfulcontent@gmail.com

5  Plaintiff in Pro Per

6

7

8

9

10



FILED
CLERK, U.S. DISTRICT COURT

JAN 2 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

11              UNITED STATES DISTRICT COURT

12        CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

13
   YAMIL TORRES                          CV 15-00648 - BRO (MRWx)
14                                        Case No.:
                Plaintiff,
15                                        PLAINTIFF'S COMPLAINT FOR:
        VS.
16                                            1.  VIOLATIONS OF THE FAIR
   CACH, LLC;                                    DEBT COLLECTION PRACTICES
17                                               ACT, 15 U.S.C. 1692 *ET SEQ.*,
   And DOES 1 through 10, inclusive,
18                                            2.  INTENTIONAL INFLICTION OF
                Defendants.                       EMOTIONAL DISTRESS,
19

20                                        DEMAND FOR JURY TRIAL

21

22

23

24

25

26

27

28
                        COMPLAINT FOR DAMAGES- 1

Plaintiff YAMIL TORRES alleges as follows:

### INTRODUCTION

1.     PLAINTIFF YAMIL TORRES ("TORRES") brings this Complaint to remedy multiple violations by Defendant under the Federal Fair Debt Collection Practices Act (the "FDCPA"), and seek redress for Defendants' wrongful infliction of emotional distress.

2.     This Complaint arises from the unconscionable actions undertaken by the Defendants in the attempt to collect an alleged debt. Defendants have engaged in unfair conduct of which the natural consequence has harassed, oppressed, and abused the Plaintiff; including incessant phone calls, making false and misleading representations and furnishing certain deceptive forms.

3.     Pursuant to Loan Sale Agreement dated May 15, 2013 and executed between CACH, LLC and FIA CARD SERVICES, N.A. on May 23, 2013, it appears CACH, LLC purchased a defaulted loan.

4.     From May 2013, and continuing to present, CACH, LLC called and wrote letters to TORRES; frequently furnishing deceptive forms and threatening legal action and if TORRES did not pay the alleged balance remaining on the loan.

5.     As a direct result of actions by CACH, occurring within the last two years, TORRES suffered severe emotional distress. Torres fell into a state of depression and severe anxiety, for fear of wage garnishment and negative credit reporting. It appears the Defendant is debt collector masquerading as a creditor.

6.   To prevent the deceptive and misleading tactics used by the Defendant and to compensate for his injuries, TORRES brings this action to recover statutory, actual, and exemplary damages, in addition to any reasonable attorney's fees or costs incurred to bring this action. Unless the requested relief is granted, Defendant will continue to impose significant harm on TORRES, who seeks to eradicate the mental uncertainty and emotional instability; caused by the Defendant's actions.

## THE PARTIES

7.     TORRES is a natural person residing in the County of Los Angeles. TORRES is allegedly obligated to a pay a debt and is a "consumer" within the meaning of the FDCPA section 803. 15 U.S.C. § 1692a(3).

8.     TORRES is informed and believes and on that basis alleges the CACH LLC, is a limited liability corporation with its principal place of business in Colorado. CACH LLC, conducts business throughout the State of California.

## JURISDICTION AND VENUE

9.     TORRES brings this complaint under the FDCPA, 15 U.S.C. § 1692 and under the common law of the State of California.

10.     This Court has subject matter jurisdiction, as this complaint raises a claim for relief founded substantially on federal law, the Federal Fair Debt Collection Practices Act, 15 U.S.C. section1692 *et seq.*

11.     Venue is proper in this Court because: (1) Plaintiff's claims arose and occurred within this judicial district, specifically Los Angeles County; (2) Plaintiff resides in this judicial district, specifically Los Angeles County, and (3) Defendant's wrongful acts took place through communication directed against Plaintiff in this judicial district., specifically Los Angeles County.

## STATEMENT OF FACTS

12.     Based upon knowledge and belief, Defendant purchased a loan in May 2013, while the loan was in default.

13.     Based upon knowledge and belief, Defendant obtained access to Plaintiff's credit report without express consent of the Plaintiff.

14.     Based upon knowledge and belief, Defendant continues to report negative information to at least 3 National Credit Bureaus, after the account has been disputed. Defendant has reported negative information for more than 20 months.

COMPLAINT FOR DAMAGES- 4

15.     Based upon knowledge and belief, Defendant has threatened and intimidated the Plaintiff by taking a legal action when they are not entitled to take.

16.     Based upon knowledge and belief, Defendant has furnished legal documents which purport that CACH, LLC is a creditor. However, CACH, LLC is a not a creditor, and has never offered or extended credit to TORRES.

17.     On or about April 28, 2014, the clerk of the Superior Court of Los Angeles County entered a default judgment against TORRES in the amount of $3195.41.

18.     TORRES suffered severely based on the actions of the Defendant. Intimidated and harassed, TORRES fell ill with high blood pressure, weight loss, lack of sleep, and has contributed to the negative strain in personal relationships.

## FIRST CLAIM FOR RELIEF
### (Against Defendant Pursuant to FDCPA §§ 806, 807, 808)

19.     TORRES re-alleges and incorporates by reference the allegations set forth in Paragraphs 1-18, though fully set forth herein.

20.     Defendant's actions described above have continued over the course of the past year and constitute multiple violations of the FDCPA section 806, which prohibits a debt collector from engaging in conduct that will "harass, oppress, or abuse" any person while attempting to collect a debt.

COMPLAINT FOR DAMAGES- 5

21.     Defendant's actions described above have continued over the course of the past year and constitute multiple violations of the FDCPA section 807, which prohibits a debt collector from using any false, deceptive, or misleading representation or mean" while attempting to collect a debt, including threatening to seize any property of any person, unless the debt collector intent to take such action, or threatening to take action that cannot legally be taken. 15 U.S.C. § 1692e(5). Defendant threatened garnish wages and levy his bank account. In doing so, Defendant made threats that they could not legally carry out.

22.     Defendant's actions described above have continued over the course of the past year and constitute multiple violations of the FDCPA section 808, which prohibits a debt collector from using "unfair or unconscionable means to collect a debt or attempt to collect any debt." Defendant repeatedly threatened TORRES to levy his bank account, garnish his wages, and seize property over which Defendant does not have an enforceable security interest.

## SECOND CLAIM FOR RELIEF
**(Against Defendants for Intentional Infliction of Emotional Distress)**

23.     Defendant's actions have continued over the course of the last two years, which intimated and threatened TORRES; a person the Defendant knew to be unsophisticated and vulnerable.

24.     Defendant's actions intentionally and maliciously caused severe

COMPLAINT FOR DAMAGES- 6

emotional distress by frequently calling and writing letters with aggressive intent. Defendants continued their abusive pressure on TORRES with reckless disregard for his emotional state of being.

25.     Defendant's actions over the course of the past two years have led to TORRES suffering from severe emotional distress, giving him anxiety, mental anguish, and nausea.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.     For an order awarding general damages in the amount exceeding $75,000 to be proven at trial;

2.     An order awarding medical and related expenses to be proven at trial;

3.     An order awarding medical and related expenses to be proven at trial;

4.     An order awarding exemplary damages in an amount sufficient to deter Defendant from engaging in this behavior in the future;

5.     Any such other and further relief as the Court may deem proper.

## JURY DEMAND

TORRES hereby demands a jury trial on all matters properly tried by jury.

Dated: January 26, 2015

YAMIL TORRES

Plaintiff in Pro Per

COMPLAINT FOR DAMAGES- 7

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )
YAMIL TORRES

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
CACH, LLC

**(b)** County of Residence of First Listed Plaintiff **LOS ANGELES**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **DENVER**
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are
representing yourself, provide the same information.
1827 Echo Park Avenue
Los Angeles, CA 90026

Attorneys *(Firm Name, Address and Telephone Number)* If you are
representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of federal Fair Debt Collection Practices Act; Intentional Infliction of Emotional Distress

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV15-00648

CV-71 (10/14) CIVIL COVER SHEET Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:**  Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| **QUESTION A:  Was this case removed from state court?** | **STATE CASE WAS PENDING IN THE COUNTY OF:** | **INITIAL DIVISION IN CACD IS:** |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
|  | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| **QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?**<br><br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Continue to Question B.2. |
|  | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?**<br><br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Continue to Question C.2. |
|  | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION D: Location of plaintiffs and defendants?** | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes   ☒ No<br><br>If "yes," your case will initially be assigned to the<br>**SOUTHERN DIVISION.**<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right. ➡ | ☐ Yes   ☒ No<br><br>If "yes," your case will initially be assigned to the<br>**EASTERN DIVISION.**<br>Enter "Eastern" in response to Question E, below.<br><br>If "no," your case will be assigned to the **WESTERN DIVISION.**<br>Enter "Western" in response to Question E, below.  ⬇ |

| **QUESTION E: Initial Division?** | **INITIAL DIVISION IN CACD** |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| **QUESTION F: Northern Counties?** | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (10/14)                     **CIVIL COVER SHEET**                     **Page 2 of 3**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X.  SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____  DATE: January 26, 2015

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |