LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-00648 BRO (MRWx) | Date | April 9, 2015 |
|---|---|---|---|
| Title | YAMIL TORRES V. CACH, LLC ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant's motion to dismiss. (Dkt. No. 12.) When Defendant filed its motion, it set the hearing date for April 27, 2015. (Dkt. No. 12.) Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition to Defendant's motion was due no later than April 6, 2015. Yet as of today, Plaintiff has filed no opposition. Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Defendant's motion should not be granted. Plaintiff's response to this order to show cause must be filed **no later than Wednesday, April 15, 2015, at 4:00 p.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendant's motion.

**IT IS SO ORDERED.**                                                                              :

                                                                                Initials of Preparer         rf